United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GEORGIA STEELE, § § *Plaintiff,* § VS. § WAL-MART STORES TEXAS, LLC; § dba WAL-MART, § § *Defendants*. § § § § § | CIVIL ACTION NO. 3:20-CV-277 |

## **CONDITIONAL DISMISSAL ORDER**

The court has been advised that the parties have reached a settlement Dkt. 17. It is accordingly hereby **ORDERED** that all claims asserted by the parties in the above-styled case are **DISMISSED WITHOUT PREJUDICE** to refiling, unless any party represents in writing filed with the court on or before Monday, December 20, 2021, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, December 20, 2021.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island on the 20th day of September, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE